WRIT NO: WR-12-1400186-CR; §

TOMMIE WILLIAMS

    APPELLANT

  VS.

THE STATE OF TEXAS

§
§
§
§
§

TRIAL CAUSE NO: 12-24893

IN THE DISTRICT COURT
282ND DISTRICT COURT
DALLAS COUNTY, TEXAS

DEFENDANT FILE'S THIS MOTION TO SUSPEND RULE
9.3 (B) T.R.A.P.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

TO HONORABLE JUDGE OF SAID COURT:
NOW COME'S. TOMMIE WILLIAMS. DEFENDANT IN THE ABOVE STYLE
NUMBER AND CAUSE. FILES THIS MOTION TO SUSPEND RULE
9.3 (B) T.R.A.P. AND WILL SHOW THIS COURT THE FOLLOWING:

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

I.

DEFENDANT IS CONFINE IN THE FRENCH ROBERTSON UNIT
T.D.C.J. PRISON AND IS UNABLE TO OBTAIN COPIES OR ACCESS
TO A COPY MACHINE TO PRINT THE TEN COPIES THAT THE
COURT REQUIRES (ATTACHED APPEALING MOTION) 3 COPIES

II.

DEFENDANT RESPECTFULLY REQUEST THAT THIS COURT GRANT
THIS MOTION TO SUSPEND RULE 9.3 (B) OF THE T.R.A.P.
SO PRAYED.

SIGN 17 DAY OF JULY, 2015

RESPECTFULLY
SUBMITTED

Tommie William

TOMMIE WILLIAMS #1937981
FRENCH ROBERTSON UNIT
12071 FM 3522
ABILENE, TX. 79601

CC/COPY WILLIAMS. MOTION TO SUSPEND RULE 9.3 (B) OF TRAP.   PAGE 1 OF 1